# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:17CR111** |
| vs. | |
| **CHADWICK BOARD,** | **JUDGMENT** |
| Defendant. | |

For the reasons set forth in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 48, is denied; and

2. The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 18th day of April, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge