IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHADWICK LYNN BOARD,<br><br>Defendant. | 8:17–CR–111<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE** |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Defendant Chadwick Lynn Board, Filing 65, and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 68. After the Defendant filed his Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent him pursuant to General Order No. 2023-09. Filing 68 The purpose of this appointment was to determine whether the Defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 68 at 1. Mr. Stickman has moved to withdraw as counsel because "the Defendant was not assessed any 'status criminal history points' in the Presentence Investigation Report and therefore no sentence reduction on this basis is allowed." Filing 68 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not eligible for a reduction. Filing 69 at 1.

The Court has conducted its own review of the Defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the Defendant is not entitled to the sentencing relief he seeks. His *pro se* Motion is without merit and will be denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

1

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 68, is granted; and

2. The Defendant's *pro se* Motion to Reduce Sentence, Filing 65, is denied.

Dated this 21st day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge